**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

VELOCITY EXPRESS CORPORATION,  
a Delaware corporation,

      Plaintiff,

vs.

NEXTEL OF TEXAS, INC.,  
a Texas corporation,

      Defendant.

Civil File No. 03-CV-2456  
JRT/FLN

**ORDER APPROVING SETTLEMENT
AND TERMS OF CONFESSION OF JUDGMENT**

---

Perry M. Wilson and Angela M. Hall, **DORSEY & WHITNEY, LLP**, 50 South Sixth Street, Suite 1500, Minneapolis, MN 55402, for plaintiff.

Edward F. Fox, Alan I. Silver, Ann Claire Phillips, and Susan E. Gustad, **BASSFORD REMELE, P.A.**, 33 South Sixth Street, Suite 3800, Minneapolis, MN 55402, for defendant.

The parties above-named have entered into a Settlement Agreement and Mutual Release (Docket No. 182). To secure its obligations under the Settlement Agreement, Velocity Express Corporation has executed a Confession of Judgment (Docket No. 181) in favor of Nextel of Texas, Inc.

The Court has reviewed the terms of the Settlement Agreement and Mutual Release and hereby approves the same. The Court has also reviewed the Confession of Judgment and approves its terms and language. Upon default by Velocity Express Corporation and as set forth in the Settlement Agreement, Nextel of Texas, Inc. may file the Confession of Judgment. The Court will then issue an Order for Judgment in favor of

2

Nextel of Texas, Inc.  This Court shall retain continuing jurisdiction in order to enforce the terms of the Settlement Agreement and the Confession of Judgment.

**BY THE COURT:**

DATED:  August 4, 2006
at Minneapolis, Minnesota.                              s/John R. Tunheim
                                                                      JOHN R. TUNHEIM
                                                                      United States District Judge