# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

VELOCITY EXPRESS CORPORATION,     Civil File No. 03-CV-2456 JRT/FLN
a Delaware corporation,

       Plaintiff,

vs.

NEXTEL OF TEXAS, INC.,               **ORDER FOR DISMISSAL**
a Texas corporation,                    **WITH PREJUDICE**

       Defendant.

---

Perry M. Wilson and Angela M. Hall, **DORSEY & WHITNEY, LLP**, 50 South Sixth Street, Suite 1500, Minneapolis, MN 55402, for plaintiff.

Edward F. Fox, Alan I. Silver, Ann Claire Phillips, and Susan E. Gustad, **BASSFORD REMELE, P.A.**, 33 South Sixth Street, Suite 3800, Minneapolis, MN 55402, for defendant.

Now therefore, based on the Stipulation of the parties (Docket No. 180),

**IT IS HEREBY ORDERED** that the above-captioned action is hereby DISMISSED with Prejudice on the merits and without costs to either party. The Court shall retain continuing jurisdiction over this matter to the extent necessary to enforce the settlement and/or the related Confession of Judgment.

**BY THE COURT:**

DATED: August 4, 2006
at Minneapolis, Minnesota.                    s/John R. Tunheim
                                                     JOHN R. TUNHEIM
                                                     United States District Judge